IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                    §
                                          §
2304 LIMITED PARTNERSHIP                  §          CASE 24-40001-11
                                          §
        DEBTOR.                           §

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY  COUNSEL FOR DEBTOR


        Came on this day the Application for Authority to  Employ Counsel for Debtor.  The Court having reviewed the pleadings is of the opinion that said Application should be granted.  It is accordingly,

        ORDERED, ADJUDGED, and DECREED that Eric Liepins, P.C. is hereby approved as counsel for the Debtor effective as of January 1, 2024 under the terms and conditions of the Application.