Bay Mountain Fund, LLC
3710 Rawlins, Suite 1390
Dallas, TX 75219


Dallas County
1291 Elm Street Suite 2600
Dallas, TX 75270


First Liberty Capital PArtners, LLC
P.O. Box 2567
Newnan, GA 30264