IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN   DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | CASE 24-40001-11 |
| | § | |
| DEBTOR. | § | |

INTERIM ORDER ON MOTION FOR USE OF CASH COLLATERAL

CAME on this day to be considered the final hearing on the  Emergency Motion to Use Cash Collateral filed in this proceeding on January 3,  2024.  The Court having reviewed the pleading and having heard testimony of witnesses and argument of counsel finds that an emergency need exists to order the relief herein on an interim basis and that it is in the best of the Debtor, the Debtor's estate and Debtor's creditors, to authorize the Debtor to use cash collateral is the only means available to Debtor to finance its operation at the present and that immediate and irreparable harm will result if the Debtor is not permitted to use the cash collateral in the amounts set forth in the Budget.  It is accordingly,

ORDERED that the Debtor be and is by this Order authorized to use on an interim basis the cash collateral and  proceeds in which Bay Mountain Funding, LLC ("Bay") and First Liberty Capital Partners, LLC ("Liberty") assert a lien position in accordance with the provisions in the Budget attached to this Order.  It is further

ORDERED that as adequate protection Bay and Liberty  are hereby granted  replacement liens co-existent with their pre-petition liens, under 11 U.S.C. §552 in after acquired property of the estate except as to any Chapter 5 causes of action. Such replacement liens shall secure an

amount equal to the sum of the aggregate diminution, if any, subsequent to the Petition Date, in the value of the cash collateral of Bay and Liberty. It is further,

ORDERED the adequate protection liens and post-petition replacement liens granted to Bay and Liberty are deemed to be valid, enforceable, and automatically perfected as of the Petition Dates, and no further notice, filing, or other act shall be required to effect such perfection. It is further,

ORDERED that this Order is without prejudice to any rights which may be taken by  Bay or Liberty. It is further,

ORDERED that a final hearing will be held on _____, 2024, at __:__  _.m. o'clock to determine if this Order should be continued, modified or terminated.