IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| 2304 Limited Partnership | § | |
| | § | Case no.24-40001-11 |
| | § | |
| Debtor | § | |

**ORDER ON MOTION FOR AUTHORITY TO  CONTINUE USING  BANK ACCOUNTS AND TO WAIVE REQUIREMENTS OF 11 U.S.C. §345(B)**

CAME ON to be considered this day the Motion of  2304 Limited Partnership ("Debtor"for authority to continue using its Bank Accounts, and  waiving the requirements of 11 U.S.C. § 345(b) ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED  ADJUDGED  AND  DECREED is authorized  to  maintain  its  current  bank accounts during the pendency of this case.