ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | CASE 24-40001-11 |
| | § | |
| DEBTOR | § | |

WITNESS AND EXHIBIT LIST

.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 2304 Limited Partnership,  Debtor in the above styled  and numbered

cause, and files this its Witness and Exhibit List of hearing on Motion to Use Cash Collateral,

and in support thereof would respectfully show unto the Court as follows:

Witenesses

Brandi Kirkland

David Bell

Any witness designed by any other party

Exhibit

Motion to Use cash Collateral

Budget

Any exhibit designed by any other party.

Respectfully submitted,


ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins
        ERIC A. LIEPINS, SBN 12338110


CERTIFICATE OF SERVICE

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or e-mail to Bay Mountain Funding by and through its counsel of record, Susan Hersh at Susan@susanbhershpc.com  and Liberty by and through Brant Frost at BF4@lfirstibertyga.com on the 6th day of January 2024

____/s/ Eric Liepins_____
Eric A. Liepins