Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                          §
                                                §
2304 LIMITED PARTNERSHIP          §          CASE 24-40001-11
                                                §
        DEBTOR.                          §

**EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 2304 Limited Partnership,  ("2304") Debtor and moves the Court  under

11 U.S.C. §363 for Emergency Approval of Interim Use of Cash Collateral and would show the

Court the following:

1.      The Debtor filed this proceeding on January 1, 2024 and has continued in

possession of its assets and operation of its business as a Debtor in Possession pursuant to 11

U.S.C. §§ 1107 and 1108.

2.      The Debtor's business consists of the ownership of a 115,000 square foot

commercial property which is rented to approximately 140 tenants.

3.      The Debtor  must have cash to make payroll and to pay other immediate expenses

to keep its maintain the property ("Property").

4.      The Debtor's primary lender is Bay Mountain Fund, LLC ("Bay") asserts that it

has a security interest in the rents collected by the Debtor. The Debtor's second Lien holder First Liberty Capital Partners LLC ("Liberty") may also assert an interest in the rents. The rents may be considered cash collateral as that terms in defined in the Bankruptcy Code ("Cash Collateral").

5.    The Debtor is in immediately need to use the alleged cash collateral of Bay and/or Liberty to maintain operations of the business. The continued operations of the Debtor will necessitate the use of the cash collateral.

6.    The Debtor seeks to use the alleged cash collateral of Bay  and/or Liberty for the uses set forth on Exhibit "A".

7.    Th the present time the Debtor believes the value of the Property to be approximately $11,000,000 and the indebtedness to Bay to is believed to be approximately $4,500,000 and the indebtedness to Liberty is approximately $2,000,000.

8.    An emergency exists in that the  Debtor's reorganizing depends on the Debtor's ability to immediately obtain use the alleged Collateral of Bay and/or Liberty to continue operations of the company while effectuating a plan of reorganization.

9.    The Debtor is willing to provide Bay  and Liberty  with replacement liens pursuant to 11U.S.C. section 552 in accordance with their existing priority without making any determination at this time as to the validity or priority of the claims asserted by Bay and Liberty.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an Emergency Hearing and that upon hearing, this Court enter and Order authorizing the Debtor's Use of the Cash Collateral of  Bay  in the amounts set forth in Exhibit "A"  and to grant Bay  and Liberty adequate protection in the form of replacement liens under 11 U.S.C. section 552 in accordance with their existing priority,  and for such other and further relief as the

Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
        Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

        I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or e-mail to Bay Mountain Funding by and through its counsel of record, Susan Hersh at Susan@susanbhershpc.com  and Liberty by and through Brant Frost at BF4@lfirstibertyga.com on the 3rd day of January 2024

____/s/ Eric Liepins_____
Eric A. Liepins