**2304 Limi**
**Expense**

**Expenses**

| | |
|---|---:|
| 6000 Bank fees & service charges | 500.00 |
| 6100 Insurance | 6,250.00 |
| 6400 Legal & professional services | |
| 6401 Accounting fees | 1,500.00 |
| 6404 Contract Management | 4,000.00 |
| 6405 Legal fees | |
| Total 6400 Legal & professional services | $ 5,500.00 |
| 6500 Repairs & maintenance | |
| 6501 General Building | 3,500.00 |
| 6502 Janitorial | 5,000.00 |
| 6504 Elevator/Life Safety | 500.00 |
| 6505 Landscaping | 2,000.00 |
| 6506 Contract Maintenance | 5,000.00 |
| Total 6500 Repairs & maintenance | $ 16,000.00 |
| 6600 Utilities | 25,000.00 |
| 6602 Trash | 1,100.00 |
| Total 6600 Utilities | $ 26,100.00 |
| 6809 Property Tax Expense | 8,700.00 |
| 6810 Asset Management Fee | 5,500.00 |
| **Total Expenses** | **$ 68,550.00** |