IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN   DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | CASE 24-40001-11 |
| | § | |
| DEBTOR. | § | |

INTERIM ORDER ON MOTION FOR USE OF CASH COLLATERAL

CAME on this day to be considered the interim hearing on the  Emergency Motion to Use Cash Collateral filed in this proceeding on January 3,  2024.  The Court having reviewed the pleading and argument of counsel and agreement to the relief herein granted, finds that an emergency need exists to order the relief herein on an interim basis and that it is in the best of the Debtor, the Debtor's estate and Debtor's creditors, to authorize the Debtor to use cash collateral as the only means available to Debtor to finance its operation at the present and that immediate and irreparable harm will result if the Debtor is not permitted to use the cash collateral in accordance with the terms herein.  It is accordingly,

ORDERED that the Debtor be and is by this Order authorized to use on an interim basis the cash collateral and  proceeds in which Bay Mountain Fund I, LLC ("Bay") and First Liberty Capital Partners, LLC ("Liberty") assert a lien position in accordance with the provisions in the Budget attached to the Motion, as provided herein.  It is further

ORDERED Debtor shall provide Bay, at Lshaw@baymountaincapital.com,  with any invoices it wants to pay ("Notice"), and Bay shall have 48 hours to object to any such proposed payment ("Objection"). In the event of any objection that invoice will not be paid without further

Order of this Court. It is further

ORDERED that the Debtor may only use cash collateral to pay for those post petition expenses that come due prior to the final hearing and of which Notice is given to Bay and an no Objection has been communicated. It is further,

ORDERED that as adequate protection Bay and Liberty are hereby granted replacement liens co-existent with their pre-petition liens, under 11 U.S.C. §552 in after acquired property of the estate except as to any Chapter 5 causes of action. Such replacement liens shall secure an amount equal to the sum of the aggregate diminution, if any, subsequent to the Petition Date, in the value of the cash collateral of Bay and Liberty. It is further,

ORDERED the adequate protection liens and post-petition replacement liens granted to Bay and Liberty are deemed to be valid, enforceable, and automatically perfected as of the Petition Dates, and no further notice, filing, or other act shall be required to effect such perfection. It is further,

ORDERED that this Order is without prejudice to any objection to the Budget or other rights which may be taken by Bay or Liberty. It is further,

ORDERED that a final hearing will be held on February 6, 2024, at 9:30 a.m. o'clock to determine if this Order should be continued, modified or terminated.

Signed on 01/12/2024

_Brenda T. Rhoades_      SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE