| | |
|---|---|
| **From:** | Salitore, Marc (USTP) |
| **To:** | eric@ealpc.com |
| **Cc:** | Javed, Aamer (USTP) |
| **Bcc:** | Salitore, Marc (USTP) |
| **Subject:** | 2304 Limited Partnership/24-40001 |
| **Date:** | Tuesday, January 2, 2024 10:42:00 AM |

Eric,

I hope you had a great holiday season.  I am the UST attorney assigned to this case.  Please let me know if any immediate or first-day issues.

Insurance:  Please promptly obtain and convey to our office proof of current insurance consisting of a binder or declaration page on all debtor assets and operations.  This includes property, general liability, worker's comp., product liability, and liquor liability insurance.

Banking:  Consistent with the Guidelines, please promptly open a debtor in possession account at an approved depository attached) and close any pre-petition account(s).  If the debtor requires a unique account or cash management arrangement outside the Guidelines, please advise as soon as possible and seek approval from the Court.

These administrative requirements are necessary to ensure protection of estate assets.  If, by the creditors' meeting, these requirements are not resolved, the presiding officer may hold but not conclude the meeting to allow the debtor and counsel to re-appear to report on the debtor's actions to accomplish administrative compliance or for obtaining Court authorization for any waiver.

Thanks,
Marc Salitore
Assistant United States Trustee
Eastern District of Texas
110 N. College Ave., Suite 300
Tyler, Texas 75702
Marc.F.Salitore@usdoj.gov
Direct: 903-590-1452