Rev. Nov 30, 2023

# Authorized Depository Listing
## Northern and Eastern Districts of Texas

We recommend using the contact information referenced below to begin the process of opening a Debtor-in-Possession bank account. Once the account has been established business may be conducted at any branch location. Authorized Depositories have agreed to provide the Office of the U.S. Trustee with quarterly bank reports and have pledged collateral or obtained a surety bond for accounts that exceed the FDIC insurance limit. Authorized Depositories are not required to open Debtor-in-Possession bank accounts and Chapter 11 Debtors are still subject to the banking policies and procedures established at each bank. If you are having difficulty with setting up a Debtor-in-Possession bank account, your attorney may be able to work with our office to resolve the issue or to determine whether an alternative to this administrative requirement is available. Please see the *Guidelines for Chapter 11 Cases* for additional information regarding Debtor-in-Possession bank accounts.

| Name of Depository | Contact Name | Telephone | E-mail Address |
|---|---|---|---|
| American Bank of Commerce | David Anderson | 806-775-5000 | danderson@theabcbank.com |
| Austin Bank | Shannon Seay, Special Assets Division | 903-381-9538 | sseay@austinbank.com |
| Axos Bank [1] | Global Fiduciary Banking | 866-747-4472 | globalfiduciarybanking@axosbank.com |
| Bank of America [2] | See Note [2] | See Note [2] | None |
| Bank of the Panhandle | Kristine Scott | 580-338-2593 | kscott@bopguymon.com |
| Bank of Texas [3] | Jamie McMullin | 214-932-3088 | jmcmullin@bankoftexas.com |
| BMO Harris Bank N.A. | Sandra Pang | 925-843-8775 | sandra.pang@bmo.com<br>sandra.pang@bankofthewest.com |
| BOKF N.A. dba Mobank | Treasury Services/Gina Lilagren | 913-307-1677 | glilagren@bokf.com |
| Cadence Bank | Paula Russell | 662-680-2431 | paula.russell@cadencebank.com |
| Capital One [4] | Business Banking Customer Service | 877-987-4249 | None |
| Citizens Bank, N.A. | Warren Butler | 412-867-2696 | warren.butler@citizensbank.com |
| Comerica Bank | Customer Lifecycle Management | 734-632-5238 | None |
| CrossFirst Bank | Susan Capps | 214-545-6048 | susan.capps@crossfirstbank.com |
| East West Bank | Reorganization Services<br>Victor Owens | 855-637-6888<br>626-768-6933 | reorganizationservices@eastwestbank.com<br>victor.owens@eastwestbank.com |
| Farmers State Bank | Pauline Counts | 936-598-1161 | pcounts@fsbctx.com |
| Fieldpoint Private Bank & Trust | Willie Daniely Jr. | 762-261-1327 | wdaniely@fieldpointprivate.com |
| Fifth Third Bank, N.A. | Daren Grayton, Capital Markets | 513-534-6742 | daren.grayton@53.com |
| First Citizens Bank & Trust Company | Sandra Graffeo<br>Nikki Bustamante, CTP | 973-422-3273<br>808-225-5600 | sandra.graffeo@firstcitizens.com<br>nbustamante@svb.com |
| Flagstar Bank, N.A.<br>(successor to Signature Bank) | Robert Bloch<br>Eli Rodriguez | 646-822-1827<br>646-822-1611 | rbloch@signatureny.com<br>erodriguez@signatureny.com |
| Hancock Whitney Bank | Darryl J. Hebert, SVP/Corp. Counsel | 228-822-4314 | darryl.hebert@hancockwhitney.com |
| Horizon Bank, SSB | Cassie Crow | 512-457-5429 | cassie.crow@horizon.bank |
| JPMorgan Chase & Co. [5] | Jacob Gutierrez, Vice President | 407-771-0920 | jpmc.ust.bankruptcy.inquiries@jpmchase.com |
| NexBank | Matt Kucholtz | 469-362-8816 | matt.kucholtz@nexbank.com |
| North Dallas Bank & Trust Co. [6] | Kelly L. Green | 972-716-7235 | kelly.green@ndbt.com |
| Pinnacle Bank | Becky McIllwain | 615-690-4005 | becky.mcillwain@pnfp.com |
| PlainsCapital Bank | Wayne Becker, Bank Treasury Department | 866-762-8392 | wayne.becker@hilltop-holdings.com |
| PNC Bank, N.A. [7] | Laura Murphy<br>Melissa Bitzer | 412-768-6061<br>412-762-2774 | ALFundingDesk@pnc.com |
| Prosperity Bank [8] | Laura Hickl | 979-541-4251 | laura.hickl@prosperitybankusa.com |
| Regions Bank | Eric V. Helmers | 205-766-5001 | eric.helmers@regions.com |
| Texas Bank & Trust | Tina Lemoine | 903-237-5621 | tlemoine@texasbankandtrust.com |
| Texas Capital Bank [9] | Control Office - USTB | 469-372-4935 | USTB@texascapitalbank.com |

Rev. Nov 30, 2023

# Authorized Depository Listing
## Northern and Eastern Districts of Texas

| | | | |
|---|---|---|---|
| Texas Traditions Bank | Yvette DeLosReyes, Chief Operations/Compliance Officer | 281-505-9504 | ydelosreyes@txtraditionsbank.com |
| Truist | See Note [10] | See Note [10] | None |
| UMB Bank, N.A. [11] | Vickki Dodd | 816-860-5431 | vickki.dodd@umb.com |
| | Rick Beaver | 816-860-8710 | rick.beaver@umb.com |
| US Bank, N.A. [12] | Local Branch or Bankruptcy Department | 844-223-5843 | None |
| Veritex Community Bank | Rob Hydeman | 972-349-6165 | rhydeman@veritexbank.com |
| Vista Bank | Robert Bruce, CFO | 214-614-2652 | rbruce@vistabank.com |
| Webster Bank | Special Services | 914-768-6956 | specialservices@websterbank.com |
| Wells Fargo Bank | Deposits Bankruptcy | 866-987-4283 | None |
| Western Alliance Bank | John Radwanski | 602-952-5441 | jradwanski@westernalliancebank.com |
| Zions Bancorporation, N.A. (dba Amegy Bank) [13] | Kathi Barker | 801-844-7782 | None |

[1] Subject to Axos Bank's DIP banking qualifications, policies, and procedures.

[2] Bank of America will only consider opening Debtor-in-Possession accounts for existing commercial customers that have had existing accounts with Bank of America for at least 6 months prior to filing and their own treasury officer with Bank of America. Existing clients should contact their current banker to discuss if they meet additional criteria and are interested in setting up Debtor-in-Possession accounts.

[3] Commercial business accounts only.  Bank of Texas does not process DIP account requests from individuals (consumers).

[4] To set up Debtor-in-Possession accounts, Debtors should contact their local branch.

[5] Service only offered to existing JPMC clients.

[6] At this time, only clients with an existing banking relationship may be serviced, at the discretion of the banking officer assigned to the customer relationship.

[7] At this time, only clients with an existing banking relationship will be serviced.  To set up Debtor-in-Possession accounts, existing PNC clients should contact their current banker.

[8] Subject to Prosperity Bank's banking policies and procedures, Prosperity Bank will only consider opening Bankruptcy Accounts for its existing customers that have had accounts at Prosperity Bank for at least six (6) months prior to the date of the subject bankruptcy filing. To open a Bankruptcy Account, existing Prosperity Bank customers should contact their Prosperity Bank Relationship Manager.

[9] Texas Capital Bank, N.A. restricts Debtor-in-Possession bank accounts to Chapter 11 customers who have pre-existing commercial relationships with the bank (i.e., prior to filing). In addition, the opening of bankruptcy accounts is subject to Executive Management approval.

[10] Truist policy with regard to Debtor-in-Possession accounts is that such accounts will only be opened for existing clients.  If an existing client has filed a Debtor-in-Possession case, then they would need to contact their current banker or branch to discuss opening new DIP accounts.

[11] At this time, only clients with an existing banking relationship will be serviced. To set up Debtor-in-Possession accounts, existing clients should contact their current banker.

[12] Accounts have to be opened at the branch level and DIP has to be a current US Bank customer to establish account.

[13] At this time only clients with an existing banking relationship will be serviced.  To set up Debtor-in-Possession accounts, existing clients should contact their current banker.  If you do not know your banker, contact Customer Service at 713-235-8810 or visit your local branch for assistance.