**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| 2304 Limited Partnership | § | Case No. 24-40001 |
| 18208 Preston Road | § | |
| Suite D9, Box 224 | § | |
| Dallas, TX 75252 | § | |
| COLLIN-TX | § | |
| Tax ID / EIN: 87-3801861 | § | |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**AGREED ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO (I) CONTINUE USING BANK ACCOUNTS AND BUSINESS FORMS; (II) APPROVE PAYMENT OF MONTHLY BANKING FEES; AND (III) WAIVE REQUIREMENTS OF 11 U.S.C. § 345(B)**

Came on for consideration Debtor's Motion for Authority to (I) Continue using Bank Accounts and Business Forms; (II) Approve Payment of Monthly Banking Fees; and (III) Waive Requirements of 11 U.S.C. § 345(b) ("DIP Account Waiver Request") and the United States Trustee's Objection to the DIP Account Waiver Request ("Objection") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the DIP Account Waiver Request should be granted. Accordingly, it is hereby:

ORDERED that the Debtor may continue to use its pre-petition bank account at Texas Security Bank used to receive rent deposits ("Deposit Account"); provided, however, it is further

ORDERED that the Debtor will close any other pre-petition bank accounts and open a debtor-in-possession account at a U.S. Trustee authorized depository ("DIP Account") on or before February 5, 2024 ("Account Deadline"); it is further

ORDERED that on opening the DIP Account, the Debtor will provide for a daily sweep of any funds in the Deposit Account to the DIP Account and will only use funds in the DIP account; it is further

ORDERED that the Debtor will file with its monthly operating reports the account statements from all bank accounts used by the Debtor during the reporting period; it is further

ORDERED that on or before the Account Deadline, the Debtor will provide information to the U.S. Trustee to allow the U.S. Trustee to confirm the Debtor's compliance with the terms of this Order.

SO ORDERED AND ADJUDGED.

Signed on 01/23/2024

_____ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

U.S. Trustee, Kevin Epstein

By:   /s/ Marc Salitore_____
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

2304 Limited Partnership, LP

By:   /s/ Eric Liepins_____
Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251
972-991-5591

Email: eric@ealpc.com