Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | CASE 24-40001-11 |
| | § | |
| DEBTOR. | § | |

EMERGENCY MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 2304 Limited Partnership,  ("2304") Debtor and moves the Court  under

11 U.S.C. §1112 for Emergency dismissal of this case and would show the Court the following:

1.      The Debtor filed this proceeding on January 1, 2024 and has continued in

possession of its assets and operation of its business as a Debtor in Possession pursuant to 11

U.S.C. §§ 1107 and 1108.

2.      The Debtor's business consists of the ownership of a 115,000 square foot

commercial property which is rented to approximately 140 tenants.

3.      The Debtor  was in the process of re-financing its indebtedness when it was

forced to file this proceeding.

4.      The Debtor's has not received approval of its refinancing and seeks to dismiss this

proceeding to allow it to pay all its creditors.

5.	Debtor refinancing is set for close on February 29, 2024.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an Emergency Hearing and that upon hearing, this Court enter an Order Dismissing this case,  and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
	Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or e-mail to Bay Mountain Funding by and through its counsel of record, Susan Hersh at Susan@susanbhershpc.com and Liberty by and through Brant Frost at BF4@lfirstibertyga.com and to all other creditors of the estate via US mail on the 14th day February 2024

____/s/ Eric Liepins_____
Eric A. Liepins