Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | CASE 24-40001 |
| | § | |
| DEBTOR | § | |

MOTION FOR SETTING AND REQUEST FOR EMERGENCY  HEARING ON MOTION TO
DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, 2304 Limited Partnership, ("Debtor") and files this its Request for

Emergency Hearing on the Debtor's Motion to Dismiss.

The Debtor owns and operated a commercial complex in Grand Prairie, Texas ("Property").

the Property maintains approximately 140 tenants.

Prior to filing the Debtor had been attempting to refinance the Property. The Debtor is now

ready to complete the refinancing. The Debtor seeks to dismiss this proceeding to allow the

refinancing.    Debtor seeks an expedited hearing on or before February 20, 2024.

Respectfully submitted,

__/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was sent  to Bay Mountain Funding by and through its counsel of record, Susan Hersh at Susan@susanbhershpc.com and Liberty by and through Brant Frost at BF4@lfirstibertyga.com  and to all other creditors of the estate via US mail on the 13th day February 2024

____/s/ Eric Liepins_____
Eric A. Liepins

UNSWORN DECLARATION OF ERIC A. LIEPINS IN SUPPORT OF DEBTOR'S
EMERGENCY MOTION TO DISMISS

1.      My name is Eric A. Liepins. I submit this Declaration in support of the Debtor's Motion to Use Cash Collateral. I am over the age of 21 years and of sound mind. I have personal knowledge of all facts set forth herein, and they are true and correct.

2.      I am an attorney licensed to practice in the State of Texas since 1987 and admitted in the United States District and Bankruptcy Courts for the Eastern District of Texas.

3.      On July 3, 2023 I filed this bankruptcy proceeding for the Debtor.

4.      The Debtor owns and operated a commercial complex in Grand Prairie, Texas ("Property").

5.      The Debtor was in the process of refinancing the Property when the bankruptcy was

filed.

6.      The refinancing is now ready to close.

7.      Debtor seeks an emergency hearing on or before February 20, 2024 to dismiss this

action so the refinancing can close.

___/s/ Eric Liepins_____
Eric Liepins