IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| 2304 LIMITED PARTNERSHIP | § | |
| | § | CASE NO. 24-40001 -11 |
| | § | |
| DEBTOR | § | |

ORDER GRANTING EMERGENCY HEARING ON MOTION TO USE CASH
COLLATERAL

CAME ON this day the Court considered the request for emergency hearing filed by 2304 Limited Partnership ("Debtor") on Debtor's Motion to Use Cash Collateral.  The Court finds that the request complies with  LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency hearing on the Motion. It is Accordingly,

**IT IS THEREFORE ORDERED**  that the request for emergency hearing is **GRANTED** and that a hearing on  Debtor's Motion to Use Cash Collateral shall be held on _____, 2024, at _____ o'clock _.m. in the Courtroom of the United States Bankruptcy Court, 660 North Central Expressway, 3rd Floor, Plano, TX..

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduling hearing.