IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| 2304 Limited Partnership | § | |
| | § | Case no.24-40001-11 |
| | § | |
| Debtor | § | |

**ORDER ON MOTION TO DISMISS**

CAME ON to be considered this day the Motion of  2304 Limited Partnership ("Debtor"for

to Dismiss ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well

founded and should be Granted. It is accordingly,

ORDERED ADJUDGED AND DECREED the above case is dismissed.

Signed on 02/21/2024

*Brenda T. Rhoades*                SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE